**\*\*Filed\*\***
June 26, 2025 via Brooklyn Office

**ORIGINAL**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

DESMOND LYNCH,
  Plaintiff/Respondent,

- against -

PALM AVENUE HIALEH TRUST,
  Defendant/Petitioner.

U.S. District Court

Eastern District of New York

**CV 25 - 3583**

LINDSAY, M.J.

RECEIVED

JUN 2 6 2025

PRO SE OFFICE

**NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. §§ 1441, 1443, 1446**

TO: Clerk of the United States District Court, Eastern District of New York

PLEASE TAKE NOTICE that Desmond Lynch, pro se, hereby removes to this Court the action currently pending in the District Court of Nassau County, Landlord-Tenant Part, under **Index No. 0000-59-22** , pursuant to 28 U.S.C. §§ 1441, 1443, and 1446. This removal is based on violations of federal civil rights and constitutional protections.

Grounds for Removal:

1. The proceeding involves violations of the Fourteenth Amendment and 42 U.S.C. §§ 1981, 1983, and 1985.

2. The 1st District , Nassau County NY State Court , LT Part ,has denied fundamental due process, repeatedly failed to serve parties to the action , with standing, failing to serve trial noces, and ordering trial date without, trial notice served of an assignee with standing in the action, no Trial notice served , repeatedly failed to rule on critical motions, and thereafter enabled the enforcement of a judgment obtained by fraud upon the Court and aided fraud by the presiding bench trial judge, aiding and abetting . a fraud upon his own court and case, inferring and undisclosed conflict of interest, and graft. is at play here . and concealment., and acts to cover up and protects the petitioner with unclean hands.

3. There is intertwined and relevant histrical basis here for a Whistle Blower Action , FEDERAL Investigator Probe, and Class Action , in that notorious Foreclosure Mill Law firm, SJ Baum um, is at the root of this removal, and outgrowth and its consent decree with the NY General that it made Marc 2012, to pay a fine of $4M, , shut down based on and now new exudence may be and is a sham, and deception , to simply change the name of the firm, went underground, and faked its entity death , yet alive, doing business as usual., under a

**1 -of- 2**

REC'D IN PR SE OFFICE
JUN 26  5PM4:18

new name, and avoid prosecution and possible jail, and circumvent the NY Attorney General Consent Decree , by duping the NY Attorney General, as if /it as an entity died , yet is alive operating under a new name .

## 5.  NOTE THESE HISTORICAL FACTS

## Steven J. Baum P.C. Closure and New York Attorney General Settlement

- **October 6, 2011**
  The firm entered into a **compliance agreement with the U.S. Attorney for the Southern District of New York**, paying **$2 million** and agreeing to overhaul its foreclosure practices following robo-signing abuses researchgate.net+7justice.gov+7en.wikipedia.org+7.
- **November 21, 2011**
  In the wake of mounting public backlash—including being barred by Fannie Mae and Freddie Mac —Steven J. Baum P.C. **filed notice of closure**, officially **shutting down** operations wsj.comen.wikipedia.org+1nypost.com+1.
- **March 2012**
  New York State finalized its broader civil settlement, with Steven J. Baum P.C. agreeing to pay a **$4 million fine** under a **consent decree** for its foreclosure misconduct libn.com+6

### The Corrupted Remanent

**6.** Worst yet , as of this time now , and relevant to this removal , is that when Nassau County Judges are observed doing suspicious  possible criminal activity that is suspicious,  and harmful to a crime victim, such as concealing evidence , turning off Court recordings so there can be no transcript evidence , or obstructing a filed and lawfully served motion, and are challenged , with for example with  Articles 78 to compel and or prohibit., the US Attorney General  comes  to defend them at public expense, and not protect  the citizen victim . In this matter that conflict of loyalty and priority, caused child endangerment with a single mom, and her child who was unlawfully elected by the duo Judges here in my case, and compelled her to go to trial, wit out  addressing her  pretrial motion  for the misdemeanor landlord crime against her as tenant , yet the motion was willfully  ignored and that in the face of Letisha Hick NY attorney General,  advisory of the police and courts enforcing crimnal prosecution  laws against lanlord LT crime , against its tenant; that conservers  gave rise to her Article 78 her proceeding to compel a ruling and decision  on her he pretrial motion, that was still ignored and her LT case was compelled to proceed went to  a  LT. trial ,  without addressing her written filed, and served,  *pre-trial*  motion .

5. Similarly the same two Judges  Judge Coschugnano and Hohauser similarly obstructed in the cade  a June 5th pretrial motion for a Jury Trial and religious accommodation , and instead of ruling , the case was put down for a trial date on June 10th, *without trial* notice,  to one of the named Respondents, in the action, and also  the Court did that failure to serve notice of trial to the assignee of a lease option, to the assignee not to respond.

6. Petitioner has acted with unclean hands and committed fraud upon the LT court as well as the Nassau Supreme Court , that in coordination and conjunction with actors inside the judiciary, which corrupts and prohibits  any further  district state court adjudication. And leaves open motioning to inside  the NY State Supreme Court action for r specifuc performants,

7. Immediate Removal is sought under 28 U.S.C. § 1443(1) to secure access to a federal forum capable of protecting civil rights and issuing  further  emergency relief.

8. This Notice of Removal is timely under 28 U.S.C. § 1446(b) and is filed within 30 days of the latest actionable denial of due process and entry of judgment. Which occurred on June 10th, and 12th , 20205

Dated: June 26, 2025

Respectfully submitted,

Desmond Lynch, Pro Se
970 hillman Street
West Hempstead, NY 11552
516-591-2251

To be served to :

- Nassau County Sherrif ,  240 Old Country Rd , 2nd Fl, Mineola, NY
- Judge William Hohauser , Nassau County District Court , 99 Main Street, Hempstead, NY
- Michael Ershowsky, Esq , for petitioner, Palm Avenue, Hialeh Trust , c/o 290  Central Ave,. Lawrence , NY
- Harold Leavitt, 970 Hillman Street, West Hempstead . NY 11552
- Derrick  M. Johnson . Assignee with Standing of Harold Leavitt, respondent, , 970 Hillman Street, West Hampstead, NY 11552
- All Named Respondents at 970 Hillman Street, 970 Hillman Street, West Hempstead, NY
- NY Attorney General , Letecia Hicks
- US Department of Justice , Pam Boonde
- Securities Exchange Commission
- Federal Trade Commission
- Judge Christopher Coschignano , c/o Nassau County District
- Judge Mary Su Marber , New York Supreme Court, Nassau County
- Danielle  Kurowski , Court Reporter  for Judge Marber
- Gross Polowy PC, Amy Gross and Adam Polowy former regional directors at S. J. Baum shut down law Firm
- Ross Eisenberg Esq
- Jack Marshan
- Issac Genosar
- John Olsen , director and alleged  king-pin of an Interstate Crimnal Enterprise  and Racket
- Hisbani and Light PC
- Steven J Baum, c/of Gross  Polowy PC

*3 -of- 3*

TO BE PERFECTED SERVED AND FILE D UNDER FEDERAL JURSDICTION UPON NOTCE OF REMOVAL FILING AND FEES, THAAT REMOVES THE CASE LT 0000059-02 FROM LT COURT JURISDICTION THEN SUPERCEDED AND TIME REMOVAL EXTENDED STAY , BY THE DATETIME STAMP BY THE FEDERAL COURT , AND INVOKES FEDERAL AUTHORITY & JURISDICTION, SUPERCEDING , CONTROL

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
= = = = = = = = = = = = = = = = = = = = = = = = = X

**DESMOND LYNCH** ,

                    **Plaintiff,**

                                        **PENDING FILING & SERVICE**
                                        **PENDING STOP THE LT CLOCK**
        ,                                 **FEDERAL REMOVAL AND**
                                        **DOCKET NUMBER ASSIGNED**

# FEDERAL COMPLAINT

            -AGAINST-            **Docket No#** _____

**Palm Avenue Hialeh Trust** , **John Olsen in his personal name as well**
**as  capacity as director, of Palm Avenue Hialeh Trust, (aka**
**Alleged director and king-pin in a  criminal enterprise , and head**
**of an interstate  organized interstate racket and  criminal**
**enmity)**

                    **DEFENDATS s)**


= = = = = = = = = = = = = = = = == = = = = = = = = X

## TO: ALL NAMED DEFENDANTS HEREIN

        Plaintiff,  DDESMOND LYNCH  ,  appearing Pro-Se herein as
individual party,  plaintiff, being duly sworn, depose , and say
for its Complaint in support of a summons & complaint , alleged
claims against defendant are as follows:


## COUNT ONE:

## DUE PROCESS VIOLATION U.S.  CONSTITUTION 14TH AMENDMENT et.
Seq SUFFICIENTTO VOID PRIOR COURT ORDERS , INJUNCTIONS UNDER FEDERAL RULE 60 AS
MOOT & VOID

**COUNT TWO:**

DEFENDANT COMMITTED TWO FRAUDS UPON TWO NASSAU COUNTY COURT S WHERE MOVAT IS A NAMED PARTY , ONE CENTRAL FRAUD UPON THE NASSAU COUNTY  LANDLORD TENANT COURT AND THE OTHER INTERTWIND FRAUD UPON THE NASSAU COUNTY SUPREME COURT , THE FRAUDS AIDED AND ABETTED BY THE PRESIDING< RESPECTIVE  SITTING JUDGES . ( THE DEFENDANT COMPELLED & INDUCED  JUDICIAL OVERACT OF DELIBERATELY PERMITTING STATUTORY OBSTRUCTION OF SERVED  FILED , JUNE 5th  LT , PRETRIAL MOTION OF DERRICK M. JOHNSON -AND  DEFENDANT CONTROLLED AND DIRECTED  UNLAWFULLY  CAUSE DELAY AND STALL,  CAUSED BY  DEFENDANT  TO DELAY, AND  STALL  JUDICIAL LT COURT RULING  OF RESPONDENT ASSIGNEE  DERRICK M. JOHNSON ,ASSINGNEE WITH STANDING OF NAMED RESPONDENT , HAROLD LEAVITT ,  UNLAWFULLY CAUSED DELAY IF TIME LIMITED  EMERGENCY RULING< FIOR A CRIMNAL PURPOSE . THAT CAUSED BY CRIMINAL MEANS  THE  ORDER TO SHOW CAUSE FOR DISMISSAL OF  DEFENDANTSA NY SUPRE COURT ACTION FOR SPECIFUC PERFIRMANCE  Cause  BY  DEFENDSANT 's HOLDOVER, DELAY TOI ENABKLE A 2nd FRAUND UPON THE NASSAU COUNTY SUPREME COURT TO DESTROY EVIUDENCE NECESSAT IN THE LT PENDING TRIAL AND PORCEEDING TO DISMISS THSAT ACTION THETROR> , PROCEDURALY & SEQUENTIAL CAUSED UNLWDUL ACT, OF DEFENDAYT PAM AVE , to NO  BAR  A TRIAL,OR IF A TRIALK T RESPONDE DESMOND LYNCH AND OTHER RESPONDET TO PREAIL , IF NOT FOR THE CONSTRUCTIVE EVIDENCE DESTROYED , CRIMINALLY BY DEFENDANT"S PLOY.  DUE TO THAT FRAUD  BY DEFENDANT AND ITS PRIOR  FRAUD UPON THE LT COURT ,  A FRAUD ESTABLISHED BY EVIDENCE CONCEALMENT TO DECEIVE THE LANDLORD TENANT COURT ESTABLISHED BY INTENTIONAL OMISSION & CONCEALMENT  OF  THE EVIDENCE THAT THE PETITIONER THERE, PALM AVE , ONE AND THE SAME DEFENDANT HERE,  HAD HIDDEN EVIDENCE BY ITS OMISSION IEVIDENCE OF IT  POSSESSION OF A VALID LEASE AND LEASE PAYMENTS FROM RESPONDENT, HAROLD LEAVITT,THUS  BY CONCEAKING and Hiding THAT EVIDENCE FROM THE COURT DEFENDANT EFFECTED A FRAUD UPON THE LT COURT BY DEFENDANT HERE JOHN OLSEN director, & King -pin , THAT ,  THE FAR  BEYOND THE  MANDATORY 60 DAYS TIME LIMI, TO DECIDE AN EMNERGCY ORDER TO SHOW CAUSE BY RESPONEDT DERRICK M> JOHNSON ASSIINGEE IN THE SHOES OF HAROLD LEAVITT< Names in the case, was STALLED AND DEYATED BY THE PRESIF+DING JUDGE IN CNTROL < AND DID SO FIR A CRIMNAL PUROSE TO ASLLOW AN ADDED  FRAUD UPON THE NY SUPRE COURT , THUS CAUSE A  , WAS FAR BEYOND the LIMIT OF LAWFUL DELAY , TO GIVE TIME FIR AN AXXOMPLICE< ATTRENY MICHAEL ERSHOWSKY TO EFFECT A FRAUD ON BEHALF OF DEFEDANT HERE WHO DIRECT AND CONTROLS  . JOHN OLSEN KING-PIN  DIRECTOR  , and CAUSED BY a DEENDANT PLANT , PRESIDING JUDGE,  SO AS TO USE THE DELAY ,CAUSED< TO  COMMIT AN ADDED FRAUD UPON THE NY SUPREME COURT OF NASSAU< COUNTY ,  SO AS TO CONSTRUCTVELY DESTROY EVIDENCE THERE , GIVEN ENOUGH TIME created by CRIMNAL CONDUCT FROM THE PRESDING JUDGE ON THE LT BENC AT THE TIM< JUDGE CHRSTOPHERT COSCHIGNANO< , MICVHAEL ERSHOWSKY PETITIONER? DEFENDAT HER ATTRNY, WAS ABLE TI CONCEAL AND CONSTRUCTIVELY  DESTROY PIVITOL EVIDENCE  that AFFIRMS A VALID  LEASE, WAIVED OF CHALLENGE . THUS DEFENDANT /  PETITIONER AFFIRMED BY LAW , THROUGH DEFAULTED ANSWER , WHOS DEFAULT UNCURED &  FAILURE EVIDENCE

-2-

## COUNT TWO ( Continued)

MEANT, ITS LATE REJECTED ,  DEFAULTED  ANSWER , AFFIRMED THE BINDING LEASE/ with
OPTION AND ITS CASE WAS EFFECTVELY DEAD IN THE WATER  , THUS DEFENDANT CRIMINAL
KING-PIN ,OLSEN,  CONSTRUTIVELY DESTROYED  THE EVIDENCE BY DIRECTING THE PRESIDING
JUDGE IN NY SUPREME COURT TO DISMISS THE NY SUPREME COURT NASSAU COUNTY CASE (
#000143-02)  DONE SO WITHOUT  PROPERLY SERVING THE PRO SE MOVANT NOR ANY OF THE
OTHER PRO SE NON-CONSENTING TO E-filing  PARTIES  INCLUDING ME , TO  EFFECT A
CORRUPTED ORDER TO DISMISS the criminal means of choice to CONSTRUCTVELY DESTROY
EVINDENCE IN THAT  DEFENDANT OLSEN< CRIMINALLY EFFECTED CURE OF THE LATE rejected,
DEFAULT  of Its Defendant Answer to Plaintiff  JOHNSON 'a assignee with standing of LEAVITT,
LAW  SUIT for Specific PERFORMANCE , achieved by crimnal Means  and FRAUD UPON THE LT
COURT AND NASSAU COUNTY SUPREME COURTM  INSTEAD OF THE NORMAL LAWFUL MEANS
BY DEFENDANT MOTION TO COMPEL THE ACCETANCE OF LATE REJECTED ANSWER,

## COUNT THREE

DEFENDANT CAUSED AND CONTRLLED TO HAPPEN , HE PRESING HYDES's ACTIO OF  THEN '
DECLINE TO SIGN'  ANY EMERGENCY REMEDY WITH STAY, SO AS NOT  TO GET A HEARING TO
CORRECT AND PREVENT THE CRIME CITED FROM ADVANCING  TO AN UNLAWUL AND
CORRUPTED TRIA Absent the CONSTRUCTVELY  DESTROYED EVIDENCE :. SINCE WITH THE
EVIDENCE & CASE RESTORED TO THE CALENDAR BY MOTION TO RESTIRE THE CASE WA
OBSTRUCTED SO AS TO PREVENT  FAIR AND JUST TRIAL  THAT WAS  AND IS OTHERWISE
DOOMED   BY THE EVIDENCE  ,  CONSTRUCTIVELY DESTROYED OR MADE TO DISSAPER UNTIL
LATER .  INFERRING THE DEFENDANT's  FIX WAS IN  EFFECT TO  UNLAWFULLY COMPEL A SHAM
TRIAL TO  PRODUCE  A POISIN FRUIT , VERDICT.

## COUNT FOUR

A DELIBERATE SHOWING OF BIAS FOR WHITE , JEWISH PARTIES, OVER BLACK AND MUSLIM
PARTIES

**COUNT FIVE**

PLAINTIFF  PREJUDICE , DOMICLE HOMSTEAD -SHELTER RENTAL ABODE  RENTAL  JEOPRADY BY PERSONAL  AND UNLAWFUL HARRASSMENT  AND
 RESULT OF SUCH    CONSTITUTIONAL DEPRIVATION OF RIGHTS FOR EACH DAY AFTER THE SIXTY (60) FOR THE DETERMINATION OF THE ORDER TO SHOW CAUSE FILED BACK IN MAY OF 2023 BY DERRICT M.  JOHNSON Assignee with standing of HAROLD LEAVITT NAMED RESPONDENT

**COUNT SIX**

 DEFENDANT  CAUSED THE LT COURT PRESIDING JUDGE  COURT TO NOT SERVE TRIAL NOTICES TO NAMED PARTIES IN THE CASE  TO  IMPEDE AND THWART THEIR APPEARANCE AT TRIASL TO SO AS TO COMPLETE A TRIAL  with ,  BY PREVENTINF ANY  CORRBORATIG  PARTY  WITH STANDING AS  WITNESS * VICTIM , NOT  BE SERVED TRIAL NOTICE TO OBSTRUCT THEIR STANDING ,   INTEREST AND RIGHTS IN THE MATTER :

**COUNT SEVEN**

 DEFENDANT PALM AVE and ITS DIRECTOR JOHN OLSEN in  HIS OFFICIAL AND PERSONAL CAPACITY , IS OPERATING AN   INTERSTATE  CRIMNAL ENTERPRISE THAT HAS INFLITRATED  AND PLANTED  KEY INDIVIUDUALS TO PERPETRATE CRIMES  INVOLVING THEFT OF DOWN PAYMENT ACCURED UNDER  MONEY VALID LEASE< TAKE & KEEP TITLE to    RESIDENTIAL  PRTOPERTY by EFFECTING  FRAUDS UPON NY , LONG ISLAND , LANDLORD TENANTS   COURTS < AND NY SUPREME COURTS BY COMPELLING CERTAIN JUDGES AND THEIR PLANTED,  AND CERTAIN COURT ADMINISTRTVE PERONNEL  TO FIX OUTCOMES OF CASES FOR UNDER THE TABLE AND OVER THE TABLE MONEY  SO THEY CAN GET, STEAL OR OBSCOND WITH ,   AND  DISTRIBUTE MONEY TO THE  ACCOMPLICES AND CO-CONSPIRATIRS . WITH JOHN OLSEN  AS KING_PIN , DIRECTOR , AS DISTRIBUTOR  OLSEN  OR HIS ASSIGNEED

-4-

## COUNT EIGHT

DEFENDANT MR.  JOHN  OLSEN IN ADDITION TO USING PLANTS
WITHIN THE COURT SYSTEM, JUDGES  AND  ADMINISTRATIVE  COURT SYSTEM PERSONNELL
INCLUDING  CONTRACTORS SUCH AS COURT
REPORTERS,  DEFENDANT HAS OBTAINED  PRIVATE  AND PUBLIC MONEY THAT IT MISAPPLIES
TO FUND CRIMINAL ACTS , AND IS AND HAS ABBUSED ITS ACCESS  TO CAPITAL, APPLIYING
PUBLIC AND PRVIATE INVESTOR
MONEY TO EFFECT CRIMES , HIRE PROFESSED  FORMER  PRISON -CONVICT TO INTIMIDATE
WITNESSS & RESPONDENT ATTRENY ,   AND TO DISTRBUTE FUNDS TO THE  KNOWING AND
UNKOWING  PARTIES INVOLVED,  INCLUDING INVESTORS WHO FUND THE DEFENDANTS
CRIMES AND TO ENABLE IT TO ENCOURGE THE COURT  TO DO ITS BIDDING WITHOUT
COMPLAINT  OR  HESITATION AT GREAT RISK TO THER STANDING ,  REPUTATIONS,
ENDANGERING  REVOCATION OF THEIR  LAW LISCENCES , and FOR JUDGES and COURT
PERSONNEL INVOVED UNDER THE DEFENDANTS SWAY ,  VOIDING AND CANCELATION OF
THEIR< PRESUMPTION OF REGULARITY , PRIVILEGE

## COUNT NINE

DEFENDANT HIRED AND DIRECTED , SELF-PROF OF HIS  PRISON RECORD  , JACK MARSHAN , TO
CALL BY TELEPHONE  TO INTIMIDATE WITNESS AND THREATEN  WITNESS  DESMOND LYNCH ,
HERE PLAINTFF AND TO  THREATEN HIM  BY IMPPLIED VIOLENCE , AND  DEFENDANT PAID JACK
MARSHAN TO  CALL AND   THREATEN WITNESS / RESPONDENT LYNCH IN LT COURT , TELEPHONE
HIS ATTORNEY  , THE HON. ADAM MOSER ESQ , NOT  ONLY AN OFFICER OF THE COURT, YET
AS WELL IS A WELL KNOWN AND RESPECTED FORMER FAMILY COURT  JUDGE ,

## COUNT 10

DEFENDANT HAS USED IT POWERS TO COURRUPT AND INFLENCE THE COURTS TO GET
SUPERVIORY OFFUCERS OF JUDGES TRICIA TERRELL  TO IGORE MY TWO-YEAR-OLD CRIMINAL
COMPLAINT  SHE RECEVED cc., TO ITS ATTENTION , NOT ACT AND INSTEAD CLOSE HER EYES
AND NOT ACT WHILE THE FRAUD UPON HERE COURT WHERT SHE SUPERVICES  JUDGES
ALLOWED TO ADVANCE . THUS, DEFENDANT HAS COURRUPTED TWO NY COURTS WELL UP THE
CHAIN OF COMMAND  OF HIGHER AUTHORITY ,  TO NOT FULFILL THEIR DUTIES  & THEIR OATHS,
To PREVENT PUBLIC CORRUPTION  AND ASSURE MERITED PRESUMPTO ION OF REGULARITY IS
NOT VOID AND FOOL HEARTY TRUSTING  BY THE CITIZEN  .

## THEREFORE

Plaintiff , Desmond Lynch ,  reserves the Right to Amend this Complaint, and  IT's, COUNTS ,

-5-

provide superseding Counts, and add additional Names and  Defendants involved  in the inter-

state  Crimnal Enterprise , ORGANIZED CRIME  RACKETEERING AND  Racket , of Defendant Palm

Avenue Hialeh Trust, and  king pin, John Olsen, Director .  Additionally,  Plaintiff reserves the

right to  invite others harmed   and amend the named Plaintiff , as under this

COMPLAINT , SUMMONS AND COIMPLAINT , FEDERAL ACTION .

   Plaintiff now   hereby alleges as follows:

## JURISDICTION AND VENUE

i-    Plaintiff brings this complaint under federal diversity
jurisdiction pursuant to 28 USC Section 1331; 1332, as
there is a question of federal law and amount in
controversy far exceeds $ 75,000.00 dollars.

ii-    Venue in this district is proper pursuant to 28 U.S.C. §
1391 because a substantial part of the events or
omissions on which the claim is based occurred AND is
still perpetuating CASE # LT 0000159-22 (FILED AND SERVED
MOTION with  **Exhibits Attached , and ORDER TO SHOW CAUSE
WITH EMERGENC STAY of**  actions or acts that violate of
plaintiff's right and due process violations of the
constitution.

-6-

## PARTIES INVOLVED

1. That at all time hereinafter mentioned, plaintiff Desmond
   Lynch  was and still is a citizen and resident and has
   residence in New York, County of Nassau and he resides is
   located  970 Hillman Street .

2. That at all-time hereinafter mentioned, defendant Palm
   Avenue Hialeh Trust and John Olsen , personally and in his
   Official Capacity  are OPERTSATING  STATE OF NEW YORK, and

   ARE LOCATED IN THE STSTE OF FLORIDA has been conducting
   business within in the State of New York, Nassau County
   with a business located at 99 Main Street, Hempstead, New
   York 11502.

3. That the plaintiff is a party to an action for eviction
   in the district court at 99 Main Street, Hempstead, New
   York in the County of Nassau and that during the course
   of those proceedings, the plaintiff has filed or
   submitted an order to show cause ( herein attached, as
   well as a motion ,. Herein attached  )(with expectations
   of a Just and speedy or timely decision, to  take leave

-7-

3. continued) of that Court, to appear as a Pro se , in
Nassau County Supreme  Court, to establish , as void ,
and inadmissible evidence  wrongly used in LT Court on
June 10, 2025  to impeach my, Mr. Lynch's Credibility,
invalid an corrupted impeachment , used as a pretext as
a basis for an unlawful , poising fruit ,  verdict, to
evict him, when the evidence use to effect impeachment
is not legally  valid , nor admissible  ( Order of Judge
William Hohauser bench trial Juge , in that Case and
Court is ( PENDING Enclosed as **Exhibit C UPON  FILING
NOTCE OF REMOVAL THAT TODAY REMOVES JURISDITION FROM LT
AND STAYS EXECUTION  OF EVICTION ORDER OF POSSESSION AND
WARRANT OF EVICTION )**.

4. That the defendant named herein is and has  Directed
   William Hohauser  and Juge Christpher Coschignano ,
   judges that  presided over the matter bearing the index
   number #LT 0000-59-2022 [**See Exhibit-B, PENDING** ] that
   includes  copy of the case summary docket ).

5. That plaintiff has submitted his order to show cause and
   precedent motion served and flied with the LT Court
   Today   , after being compelled to  so appear for trial,
   when Respondents were not served a Trial Notice,

-8-

including assignee Derric M. Johnson assignee  with the
, standing of respondent  Harold Leavitt, standing in
the shoes of Mr. Leavitt as assignee .

6. Not only did the Court  not serve Trial  Notices on it
proceed to trial with, not address and obstructed, open
pretrial motion , for religious accommodation and jury
trial to prevent what is seen here as Judicial
Corruption caused and Controlled by an outside force, by
defendant John Olsen, director and interstate , crimnal
king-pin  and instead, we   response of  the LT Court
presiding Judge, sweep as if the obligation to address
the pretrial motion lawfully by hearting it, and instead
set a new trial date for June 10th, adjusted trial date
from the Friday  June 6th sabbath trial date of Assignee
Johnson in the shoes of Named Respondent Harold Leavitt
, and the  Judge followed the wink and nod  Defendant
directive , as part of its standard crime organization
Modis Operandi ,  both Trial Dates Notice of  trial were
not served on any party to the action including Harold
Leavitt or Derrick Johnson to effect a poison fruit
verdict   by the Court. (The pre-trial June 5th served
responded motion and fled  as served on June 6ths, was
obstructed .

-9-

7. By that  lower court misconduct  this matter is removed to Federal Court and it for now has forfeited its Jurisdiction  as of this day June 26, 2025  and the time of this filing, NOTICE OF REMOVAL , and done so before its Order of Possession and Warrant of eviction can be executed stay lifted today and enforcement able to commence starting June 27, 2025.

8. Thank you, Federal Court  , as a next final step in consummation of the Defendant's racket and crimnal eviction , with me and others as their victim , is the unbridled  enforcement  of the void and invalid warrant of eviction and Order of possession, that is not valid nor driven or allowed  by a valid Order , as the Order is a corrupt fruit of the crimes and counts specified herein. COUNT ONE THROUGH COUNT TEN .

9. TO BE CONTUNIED AND AMMEDED AFTER THIS FEDERAL COURT JURISDICTION IS INVOKED BY REMOVAL , and IS IN FULL FORCE & EFFECT  to prevent further Harassment and Arrack by criminally liable  defendant, John Olsem, king -pin and director  of its inter-state  criminal  , organized crime, Racket ad Racketeering Entity, Palm Ave HIaleh Trust .

-10-

**WHEREFORE, your deponent respectfully prays for**

**an order granting this federal complaint and for the**

**damages of $ 5,000.00 dollars per day after the 60 days**

**expired for the decision to be had , with punitive damages**

**for defendant's bias and corrupt conduct in the  amount of**

**$   -TBD  AND AMMENDED-            to  $   -TBD AND AMMENDED-**

**along with dismissing the entire LT case ,**

**with prejudice, ex mere muto on the basis of pendent**

**jurisdiction of this court , and for such other and further**

**relief this court may deem just, proper and equitable.**

**Date: June 26, 2025**

                              /s/   _____

                                    Desmond Lynch Pro se
                              **Mailing:**
Michael Ershowsky sq, Defendant / Petitioner attorney
290 Central Ave, Lawrance, NY
Derrick M. Johnson , pro Se assignee, in respondent Harold
Leavitts shoes,970 Hillman Street, West Hempstead  NY 11552
Hon. Judge William Hohauser, Bench Trioval Judge, Dstrict
Court, LT Part,99 Main Street, Hempstead NY 11550
Nassau County Sherrif,    240 Old Country Rd, Mineola, NY
ALL NAMED RESPONDENTS IN LT ACTION Docket # 00059-2022
970 Hillman Street, West Hempstead, NY

-11-

## VERIFICATION

I, Desmond Lynch , appearing pro-se herein, being duly sworn, depose and states under the penalties of perjury, 28 USC 1746, that the foregoing is true and correct and as to matters based upon information and belief, the deponent believes to be true to the best of my knowledge.

/s/_____

Desmond Lynch

**NOTARY**

-12-