UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------- X
DESMOND LYNCH,

Plaintiff,

v.

PALM AVENUE HIALEH TRUST and
JOHN OLSEN,

Defendants.
---------------------------------------------------------- X

JUDGMENT

25-CV-3583 (RPK) (ARL)

A Memorandum and Order of Honorable Rachel P. Kovner, United States District Judge, having been filed on July 2, 2025, dismissing this action for lack of subject-matter jurisdiction; certifying pursuant to 28 U.S.C. § 1915(a)(3) that any appeal of this order would not be taken in good faith and denying *in forma pauperis* status for the purpose of an appeal, *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962); it is

ORDERED and ADJUDGED that this action is dismissed for lack of subject-matter jurisdiction; that pursuant to 28 U.S.C. § 1915(a)(3), any appeal from this order would not be taken in good faith; and that *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).

Dated: Brooklyn, NY
July 7, 2025

Brenna B. Mahoney
Clerk of Court

By: */s/Jalitza Poveda*
Deputy Clerk