EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------

Desmond Lynch,

          Plaintiff-Appellant

Case No: 25-CV-3583 -RPK-ARL

          v.

Palm Avenue Hialeah Trust, John Olsen , alleged king pin, director of an interstate criminal enterprise and racketeering

          Defendants.

NOTICE OF APPEAL

-----------------------------------------------------------------------

Notice is hereby given that Plaintiff-Appellant Desmond Lynch, appearing pro se, hereby appeals to the United States Court of Appeals for the [Second] Circuit from the following:

1. The Order and Judgment of Remand, entered on or about July 2nd, 2025 , which directed this matter back to state court;

2. The Order denying Plaintiff's Motion to Vacate and/or Void the Remand Order, entered on or about July 22,2025 ; and

3. The failure or refusal of the District Court to address Plaintiff's previously filed and served Emergency Order to Show Cause seeking a Temporary Restraining Order (TRO) and stay of state enforcement actions pending adjudication of the federal removal and jurisdictional claims.

This appeal is taken on the grounds that the District Court's actions and omissions—particularly the remand while preemptively disregarding a filed emergency application for injunctive relief constituted procedural irregularity, constructive denial of relief, and violation of due process. under color of federal law. Said OSC was properly served and filed and remains unresolved on the record.

This appeal is taken pursuant to 28 U.S.C. § 1443, as the removal was grounded in allegations of civil rights violations , fraud upon the Court aided and abetted by Judicial corruption , denial of equal protection and due process , and is a case of first Impression, under color of law. The remand order is therefore reviewable pursuant to the exception to 28 U.S.C. § 1447(d) and Federal Rule of Civil Procedure 60(b) .

Dated: July 28, 2025

Respectfully submitted,

_____

Desmond Lynch, Pro se
970 Hillman Street
West Hempstead, NY 11552
516-591-2251/ dl@dlelynch.con

Served to:

Derrick M. Johnson , assignee with standing of Named Respondent , Harold Leavitt
970 Hillman Street
West Hempstead NY 11552

Michael Ershowsky Esq
Ershowsky Verstandig LLC
290 Central Ave, Suite 109
Lawrence, NY 11559

Nassau County Sherriff
240 Hold Country Rd . 2nd fl
Mineola , NY 11501

Clerk of the Court
Nassau County District Court , LT Part
99 Main Street
Hempstead, NY 11550

# Affidavit of Service

I Darnell  Heard , and over the age of 18 , and am not a party to the action. ,I hereby certify and swear under penalty of perjury  that on July 31, 2025, I served a true and correct copy of the foregoing Notice of Appeal via First-Class Mail, postage prepaid, certified  mail, return receipt requested , addressed to the following individuals:

Derrick M. Johnson, assignee with standing of Named Respondent Harold Leavitt
970 Hillman Street
West Hempstead, NY 11552

Nassau County Sheriff
240 Old Country Rd, 2nd Floor
Mineola, NY 11501

Michael Ershowsky, Esq.
Ershowsky Verstandig LLC
290 Central Ave, Suite 109
Lawrence, NY 11559

Clerk of the Court
Nassau County District Court, LT Part
99 Main Street
Hempstead, NY 11550

Hereby Sworn to and Executed on July 31, 2025.

Darnell Heard

**NOTARY**

SUBSCRIBED AND SWORN BEFORE ME ON
ON THIS 31st DAY OF July ,2025

NOTARY PUBLIC

Andy Perez
Notary Public. State of New York
Reg. No. 01PE0013305
Qualified in Queens County
Commission Expires September 7 2027



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

West Hempstead, NY 11552

Certified Mail Fee  $5.30
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $ $0.00
☐ Return Receipt (electronic)        $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required           $ $0.00
☐ Adult Signature Restricted Delivery $

Postmark Here   JUL 31 2025

Postage  $0.78

Derrick M. Johnson , assignee with standing of
Named Respondent , Harold Leavitt
970 Hillman Street
West Hempstead NY 11552

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

9589 0710 5270 1999 8934 72



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

Lawrence, NY 11559

Certified Mail Fee  $5.30
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $ $0.00
☐ Return Receipt (electronic)        $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required           $ $0.00
☐ Adult Signature Restricted Delivery $

Postmark Here   JUL 31 2025

Postage  $0.78

Total Postage and Fees
$10.48

Sent To
Michael Ershowsky Esq
Ershowsky Verstandig LLC
290 Central Ave, Suite 109
Lawrence, NY 11559

Street and Apt. No., or P.
City, State, ZIP+4®

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

9589 0710 5270 1999 8934 58



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

Hempstead, NY 11550

Certified Mail Fee  $5.30
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $ $0.00
☐ Return Receipt (electronic)        $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required           $ $0.00
☐ Adult Signature Restricted Delivery $

Postmark Here   JUL 31 2025

Postage  $0.78

Total Postage and Fees
$

Sent To
Clerk of the Court
Nassau County District Court , LT Part
99 Main Street
Hempstead, NY 11550

Street a
City, Sta

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

9589 0710 5270 1999 8934 89



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

Mineola, NY 11501

Certified Mail Fee  $5.30
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $ $0.00
☐ Return Receipt (electronic)        $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required           $ $0.00
☐ Adult Signature Restricted Delivery $

Postmark Here   JUL 31 2025

Postage  $0.78

Total Postage and Fees
$

Sent To
Nassau County Sherriff
240 Hold Country Rd . 2nd fl
Mineola , NY 11501

Street and Apt. No., or PO
City, State, ZIP+4®

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

9589 0710 5270 1999 8934 65