MANDATE

**UNITED STATES COURT OF APPEALS**
**for the**
**SECOND CIRCUIT**

---

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 9th day of September, two thousand twenty-five,

---

Desmond Lynch,

Plaintiff - Appellant,

v.

Palm Avenue Hialeh Trust, John Olsen, AKA Alleged director and King-pin in a criminal enterprise, and head of an interstate organized interstate organized interstate racket and criminal enmity, In his personal name as well as capacity as director, of Palm Avenue Hialeh Trust,

Defendants - Appellees.

---

**ORDER**
Docket No. 25-1931

A notice of appeal was filed on August 5, 2025. The Appellant's Form D-P due August 19, 2025, has not been filed. The case is deemed in default of FRAP 12(b), and LR 12.3.

IT IS HEREBY ORDERED that the appeal will be dismissed effective September 30, 2025, if the Form D-P is not filed by that date.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 12/03/2025